UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 3831**

James C Assell
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

44th Precinct 2 East 169th Street
_____

Dr. Dora B. Schriro Commissioner
NYC Dept. of Corrections
75-20 Astoria Boulevard
E. Elmhurst, NY 11370.
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

"I Demand a Jury trial within 10 days? Please."

JUN 4 2013
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name James C Assell
ID # 2411304795
Current Institution BKLC "Please Mail both addresses."
Address 25 Bond ST 2ND Floor
Brooklyn, NY 11201.

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                               1

Defendant No. 1   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 3   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

[Handwritten across defendants section: "P. Schiavo (646) 581-1017 (CCRB) has Complaint Sheet Case 201301123 of the"]

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? _In the Bronx Court house._

B. Where in the institution did the events giving rise to your claim(s) occur? _Right after seeing the Judge._

C. What date and approximate time did the events giving rise to your claim(s) occur? _Dec 5, 2012 and Jan 30, 2013._

D. Facts:

**What happened to you?** The officers at the 44th Precent pushed me down the stairs then beat me up slamming me against the wall.

**Who did what?** The officers in the bronx court house, jumped me, then dragged me while handcuffed down the hall then down 3 floors of stairs hitting my face on the stairs.

**Was anyone else involved?** 2 Captains + 3 Correction officers.

**Who else saw what happened?** There was a video filming it.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. 1 injury: is my back + hand (right) 2nd injury: 2 teeth was pulled and some need fixing as well as replaced.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

*Rev. 05/2007*                                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **Bronx Court House.**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

  1. Which claim(s) in this complaint did you grieve? _____

  2. What was the result, if any? _____

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: **I DID Not KNow I had to.**

  2. If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*                                   4

informed, when and how, and their response, if any: They showed no concern Captines + Dept's

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Please look at additional papers.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 15 million or the additional paper with house, autos and living expenses, I'll sign off the suit's.

VI. **Previous lawsuits:**

|On these claims|

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff **James Cassell**

Defendants **Dr. Dora B. Schriro Commissioner.**

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ✓

If NO, give the approximate date of disposition **My Lawyer knows 718-360-0521 Umoh**

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) **Judgement in my favor.**

|On other claims|

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

*Rev. 05/2007*                                    6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of May , 2013.

Signature of Plaintiff _____

Inmate Number 341130 4745

Institution Address 18-18 Hazen St
E. Elmhurst, NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of May , 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Sworn to before me this
23 day of [May?]

CHELSEA G. TREASURE-CAMPBELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TR6140537
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JANUARY 30, 2014

Notary Public

*Rev. 05/2007*                7



# THE LEGAL AID SOCIETY

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
www.legal-aid.org

May 15, 2013

Blaine (Fin) V. Fogg
*President*

James Cassell
241-13-04795
AMKC
18-18 Hazen Street
Rikers Island
East Elmhurst, NY 11370

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Dear Mr. Cassell:

Please find enclosed the email we have sent to the Department of Correction requesting that they take necessary measures to ensure your safety when you appear at the Bronx Hall of Justice.

I hope this information is helpful to you.

Sincerely,

Agnes Baik
Legal Assistant

[Handwritten annotations:]

MY LAWYER #
Dimott
(718) 360-0527

*Next Court Date*
MAY 28, 13

5/22/13
I, James Cassell do NOT trust these officers, they tried to kill me, they took my info out from D.O.C. computers and called my house (MANY times) my father, we had to move, my father is blind and he's somewhere else. Now I'm in a shelter (NY) and I'm mentally ILL. I ask the state to donate these things to support...

## Baik, Agnes

**To:** 'constituentservices@doc.nyc.gov'
**Cc:** 'joel.duverge@doc.nyc.gov'; 'thomas.bergdall@doc.nyc.gov'
**Subject:** James Cassell, 241-13-04795, AMKC

**Attachments:** 2-12 Bronx Ct assault.rtf



2-12 Bronx Ct assault.rtf (2 K...)

James Cassell
241-13-04795
AMKC

I spoke to Mr. Cassell today, whose alleged assault by COs at the Bronx Hall of Justice we wrote to you about on February 12. Mr. Cassell informed me that he was recently arrested on a separate charge, and will go back to the Bronx courthouse tomorrow. He fears that he will see the COs who allegedly assaulted him, and would like to be on-camera while being transported to and from the courthouse and while he is being searched. He reported to me this had been done for him after we wrote your office in February.

Could you please ensure that appropriate steps are taken to ensure Mr. Cassell's safety? Thank you for your attention to this matter.

Agnes Baik
Legal Assistant
The Legal Aid Society
Prisoners' Rights Project
199 Water Street, 6th Floor
New York, NY 10038
P: 212-577-3941
F: 212-509-8433

*[Handwritten note:]* At Bronx Lebenon Hospital Page #2 From what my Dr. is saying I can't do hard labor (work) No more kids from my injurys Nor my appointments going to them. I ask Please Donate. 1200...





*LOOK ON BACK Please*

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
## Property Profile Overview

| | | | |
|---|---|---|---|
| **1328 CHISHOLM STREET** | **BRONX 10459** | | **BIN# 2010422** |
| CHISHOLM STREET  1328 - 1328 | Health Area | : 2700 | Tax Block : 2972 |
| | Census Tract | : 153 | Tax Lot : 23 |
| | Community Board | : 203 | Condo : NO |
| | Buildings on Lot | : 1 | Vacant : NO |

**View DCP Addresses...**   **Browse Block**

**View Zoning Documents**   **View Challenge Results**   **View Certificates of Occupancy**

| | |
|---|---|
| Cross Street(s): | FREEMAN STREET, JENNINGS STREET |
| DOB Special Place Name: | |
| DOB Building Remarks: | |
| Landmark Status: | Special Status: N/A |
| Local Law: NO | Loft Law: NO |
| SRO Restricted: NO | TA Restricted: NO |
| UB Restricted: NO | |
| Little 'E' Restricted: N/A | Grandfathered Sign: NO |
| Legal Adult Use: NO | City Owned: NO |
| Additional BINs for Building: NONE | |

| | |
|---|---|
| Special District: | UNKNOWN |

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, or Coastal Erosion Hazard Area. Click here for more information

**Department of Finance Building Classification:**   C0-WALK-UP APARTMENT

  Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| Complaints | 0 | 0 | Elevator Records |
| Violations-DOB | 0 | 0 | Electrical Applications |
| Violations-ECB (DOB) | 0 | 0 | Permits In-Process / Issued |
| Jobs/Filings | 0 | | Illuminated Signs Annual Permits |
| ARA / LAA Jobs | 1 | | Plumbing Inspections |
| Total Jobs | 1 | | Open Plumbing Jobs / Work Types |
| Actions | 3 | | Facades |
| | | | Marquee Annual Permits |
| | | | Boiler Records |
| OR Enter Action Type: | | | DEP Boiler Information |
| OR Select from List: | | | Crane Information |
| Select... | | | After Hours Variance Permits |
| AND  Show Actions | | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

MERCEDES: GL550
2012 SLS AMG — Black
50TH.

\* $510,000.00

ALL

Donated

By New York

STATE.

My wife
Girlfriend
To Get Tested

Thank you,
James Russell



# Bronx-Lebanon Hospital Center
## Health Care System

*Doctor to the Community*

HOME   ABOUT US   HIGHLIGHTS   OUR SERVICES   FUTURE DIRECTIONS   BronxCare NETWORK   PHYSICIANS   NURSING

SPECIAL CARE CENTER   JOB OPPORTUNITIES   DIRECTIONS   CONTACT US   CONTRIBUTIONS

Para Español cliq aqui...

# Contact Us



### Patient Relations:

To file a compliment, complaint, or to obtain information on how to contact an external or accrediting agency, please call the office of Patient Relations at 718- 960-1272.

### Email:

Feedback, comments, and important information  ecsvp@erols.com .

### 99-Bronx Call Center:

718-99-BRONX important assistance in accessing the Bronx-Lebanon Hospital Center Health Care System.

### Patient Information:

Main Number 718-590-1800
Emergencies
Adult 718-518-5046
Pediatrics 718-518-5110
Psychiatry 718-901-8222
Admitting 718-518-5546
Patient Information 718-590-1800
Patient Relations 718-960-1272
Medical Education 718-579-3911
Nursing Services 718-518-5225
Long Term Care Facilities
Special Care Center 718-579-7000
Highbridge Woodycrest Center 718-293-3200
Public Relations 718-901-8596
Community Relations 718-960-4490
Volunteer & Training Services 718-901-8048
Physician Referral Service 718-99-BRONX

### Other Information:

718-FAMILY1

Main Number 718-590-1800
Adult Emergencies 718-518-5046
Pediatric Emergencies 718-518-5110
Psychiatric Emergencies 718-901-8222
Admitting 718-518-5546
Patient Information 718-590-1800
Patient Relations 718-960-1272
Medical Education 718-579-3911

Nursing Services 718-518-5225
Long Term Care Facilities
Special Care Center 718-579-7000
Highbridge Woodycrest Center 718-293-3200
Public Relations 718-901-8596
Community Relations 718-960-4490
Volunteer & Training Services 718-901-8048
Physician Referral Service 718-99-BRONX

© 2013 Bronx-Lebanon Hospital Center All Rights Reserved

M-174r (Face)
Rev. 01/10/11

Human Resources Administration
Office of Child Support Enforcement

Payment Instructions for: __CASSELL_____, __JAMES_____
(Last Name)                    (First Name)

## YOU HAVE BEEN ORDERED BY THE COURT TO PAY A TOTAL OF:

$ __50__ per __MONTH__   Starting Date __5-15-2013__

Account No. __NX622382 1__   Docket No. __F23257/12__

Please read your court order to verify the docket number, amount to be paid, how, when and for whom it is to be paid. Also note your account number. **It must be included on all payments and correspondence.**

| | |
|---|---|
| **WAGE/INCOME WITHHOLDING BY INCOME EXECUTION** | Unless otherwise stated on the court order, your child support payments, including arrears established in court, will be payroll deductions made by your employer/income payer under terms of an *Income Execution* (also called a Notice to Withhold Income) issued by the Support Collection Unit (SCU). *Until payments are deducted from your paycheck/income, you are responsible for sending the payments to the address below.* |
| **ADDITIONAL WITHHOLDING** | An *additional amount, over the court-ordered support* indicated above, will be withheld from your wages/income if your order includes retroactive support or you owe arrears. This "past-due support" is *fully due and payable immediately.* Therefore, the Support Collection Unit must, by law, add an additional amount to your court-ordered support in order to collect past-due support (subject to consumer credit protection limitations, or those in New York State Social Services Dept. Regulations, Section 347.9). If your order includes a current order amount, the additional amount will be 50% of the order amount. Shortly, you will receive a written explanation of the calculation of the additional amount, if any, affecting your order. |
| **NO WAGE/INCOME WITHHOLDING** | If there is no withholding, you are responsible for making *all* payments and sending them to the address below. You must begin making these payments immediately, in accordance with the "starting date" of your order. Failure to do so may result in enforcement actions. (If withholding *does not* affect your order, in approximately six weeks, you will begin receiving payment coupons by mail. *Attach a payment coupon to each payment to expedite identification and crediting of your payments.*) |
| **HOW TO PAY** | Mailed payments must be made by *certified check or money order*, payable to "NYS Child Support Processing Center." *Do not send personal checks. Do not send cash by mail.* Cash payments may be made at participating *Western Union* Agents. Bring a payment coupon, which can be downloaded at newyorkchildsupport.com, for quick identification of your account. |
| **IDENTIFY YOUR PAYMENTS** | To ensure proper credit, clearly print your account number, name, address, docket number and county name on the front of every check or money order. You are responsible for payments beginning with the starting date shown above. |
| **MAIL PAYMENTS TO:** | **NYS Child Support Processing Center**<br>**P.O. Box 15363**<br>**Albany, New York 12212-5363** |
| **CHANGE IN CIRCUMSTANCE, ADDRESS OR EMPLOYER** | If you are unable to make payments as ordered, you *must* file a petition at Family Court to modify the order. Bring documentation of your change in circumstances. You *are required by law* to notify the Support Collection Unit *in writing*, at the address below, of any changes in your address or employer:<br><br>Support Collection Unit<br>P.O. Box 818, Canal Street Station<br>New York, NY 10013 |
| **QUESTIONS** | Call the NYS Customer Service Help Line number (888) 208-4485, weekdays between 8:30 a.m. & 5:00 p.m. or come to our Customer Service Walk-In Center at 151 West Broadway in Manhattan. Please have your account number available. |

M-174r (Reverse)
Rev. 01/10/11

Human Resources Administration
Office of Child Support Enforcement

Instrucciones de pago para: _____ / _____
(Apellido)                                    (Nombre)

## EL TRIBUNAL HA ORDENADO QUE USTED PAGUE UN TOTAL DE:

$ _____ por _____        Fecha de inicio _____

No. de cuenta _____              No. de Causa _____

Por favor lea su orden del tribunal para comprobar el número de causa, el monto que se debe pagar, cómo, cuándo y a quién debe pagarse. También fíjese en su número de cuenta. Ésta debe incluirse en todos los pagos y correspondencia.

| | |
|---|---|
| **RETENCIÓN DE SUELDO/INGRESO POR EJECUCIÓN DE UNA ORDEN** | A menos que se indique lo contrario en la orden de tribunal, sus pagos de sustento de menores, incluyendo los montos atrasados establecidos en el tribunal, se harán a través de deducciones que su empleador/pagador de ingresos hará bajo los términos de una **orden de ejecución respecto a los ingresos** (también conocida como Aviso de retención de ingresos) que la Unidad de Cobro de Sustento (SCU, Support Collection Unit) emitirá. **Hasta que los pagos se deduzcan de su cheque de sueldo/ingresos, usted es responsable de enviar los pagos a la dirección de más abajo.** |
| **RETENCIÓN ADICIONAL** | Un *monto adicional*, además del monto de sustento ordenado por el tribunal que se indica arriba, será retenido de su sueldo/ingresos si su orden incluye montos de sustento retroactivos o si debe montos atrasados. Este "monto de sustento atrasado" *vence ahora y debe pagarse inmediatamente*. Por consiguiente, la Unidad de Cobro de Sustento por ley debe agregar un monto adicional a su orden de sustento de menores ordenada por el tribunal con el fin de recolectar el sustento moroso (sujeto a las limitaciones de protección de crédito del consumidor o de aquellas en la Sección 347.9 del Reglamento del Departamento de Servicios Sociales del estado de Nueva York). Si su orden incluye un monto de una orden actual, el monto adicional será el 50% del monto de la orden. Muy pronto recibirá una explicación escrita de los cálculos del monto adicional, si lo hubiere, que afectan su orden. |
| **NO HAY RETENCIÓN DE SUELDO/INGRESOS** | Si no hay retención, usted es responsable de hacer **todos** los pagos y de enviarlos a la dirección de abajo. Debe comenzar a hacer estos pagos inmediatamente, según la "fecha de inicio" de su orden. Si no lo hace, se tomarán medidas para hacerlo cumplir. (Si la retención **no** afecta su orden, en aproximadamente seis semanas, empezará a recibir cupones de pago por correo. *Adjunte un cupón de pago a cada pago para facilitar la identificación y acreditar sus pagos.*) |
| **CÓMO PAGAR** | Los pagos enviados por correo deberán hacerse con **cheque certificado o giro postal**, a la orden de "NYS Child Support Processing Center". **No envíe cheques personales. No envíe dinero en efectivo por correo.** Los pagos en efectivo pueden hacerse con los agentes **Western Union** participantes. Traiga un cupón de pago, que puede descargarse de la página newyorkchildsupport.com, para la identificación rápida de su cuenta. |
| **IDENTIFIQUE SUS PAGOS** | Para asegurar que se acredite correctamente el pago, escriba claramente su número de cuenta, nombre, dirección, número de caso y nombre del condado en la parte delantera de todo cheque o giro postal. Es responsable de hacer los pagos a partir de la fecha de inicio que se señala arriba. |
| **ENVÍE LOS PAGOS A:** | **NYS Child Support Processing Center**<br>**P.O. Box 15363**<br>**Albany, New York 12212-5363** |
| **CAMBIO EN CIRCUNSTANCIAS, DIRECCIÓN O EMPLEADOR** | Si no puede hacer los pagos como se ha ordenado, *debe* presentar una petición en el Tribunal de lo Familiar para modificar la orden. Traiga los documentos de su cambio de circunstancias. *Por ley se requiere que usted* notifique a la Unidad de Cobro de Sustento *por escrito*, a la dirección de abajo, sobre cualquier cambio en su dirección o empleador:<br><br>Support Collection Unit<br>P.O. Box 818, Canal Street Station<br>New York, NY 10013 |
| **PREGUNTAS** | Llame al número de la línea de Servicios al Cliente del estado de Nueva York al (888) 208-4485, los días de semana entre las 8:30 a.m. y 5 p.m. o venga a nuestra Oficina de Servicios al Cliente ubicada en el |

# Kelly brushes off cop suits

**BY CHELSIA ROSE MARCUS, ROCCO PARASCANDOLA and BARRY PADDOCK**
NEW YORK DAILY NEWS

POLICE Commissioner Raymond Kelly blasted critics calling for the NYPD to monitor successful lawsuits against cops in the wake of a Daily News investigation.

"The city is too willing to settle the cases," Kelly said Sunday, when asked about the front-page story detailing the rising number of lawsuits and settlements involving NYPD officers. "We need a lot more trials and efforts to determine the true facts in many of these allegations."

The News reported that Kelly promoted a Brooklyn North Narcotics sergeant, Daniel Sbarra, to lieutenant despite at least 15 lawsuits involving him that resulted in nearly $500,000 in settlements. Kelly called the News story "unfair."

"There are certain units that are going to, just by the nature of their activities, generate excessive civilian complaints and lawsuits," he said.

But Councilman Peter Vallone Jr., head of the Council's Public Safety Committee and a steady supporter of Kelly's, said more oversight is needed.

"The Police Department absolutely needs to be looking at these settlements – not only to save the city money but to get cops who are trouble off the street," Vallone (D-Queens) said.

City controller and mayoral candidate John Liu pressed for scrutiny of the suits in his latest annual report.

"If there aren't changes and the claims continue to go up, that's just a waste of taxpayer money," Liu told The News.

Public Advocate Bill de Blasio, who is also running for mayor, renewed his call for an inspector general to oversee the NYPD.

"An IG would ensure accountability and transparency, and would be uniquely positioned to review cases like these and discover the truth," de Blasio said.

---

A. Eric
THE
LEGAL
AID
SOCIETY

199 Water Street
New York, NY 10038

CONFIDENTIAL LEGAL

Mr. Johnson Court
241-13-01795
AMKC
18-18 Hazen
Rikers Island
E. Elmhurst, NY